UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | Criminal No. 6:17-CR-068-CHB-1 |
| v. | ) ) | |
| RON ODELL HARRISON, | ) ) ) ) | **ORDER ADOPTING REPORT AND RECOMMENDATION ON COMPETENCY** |
| Defendant. | ) ) ) | |

\*\*\* \*\*\* \*\*\* \*\*\*

On February 27, 2018, the defendant moved for a competency examination. [R 15] The Court held a hearing on the motion and then ordered the defendant to undergo a psychological or psychiatric evaluation. [R. 18, R. 19] Dr. Samantha DiMisa, a forensic psychologist with the Bureau of Prisons, evaluated Harrison. [R. 35] Dr. DiMisa found that Harrison "possesses a factual but not a rational understanding of the proceedings against him and is incapable of assisting counsel with his defense." *Id.* at 29-30.

On June 26, 2018, Magistrate Judge Hanly A. Ingram filed a Report and Recommendation ("R&R") that the defendant was not competent to stand trial. [R. 38] After reviewing the forensic report of the defendant's psychiatric evaluation and conducting a competency hearing, Magistrate Judge Ingram concluded, in accordance with the forensic report, that Defendant Harrison "is presently suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense." [R. 38 at 4.] Judge Ingram based his finding on Dr. DiMisa's report and the test for competency outlined in *Dusky v. United*

*States*, 362 U.S. 402 (1960). [R. 38 at 2]; *see also* 18 U.S.C. § 4241 (codifying the competency principles in *Dusky*).[1] Such a finding, as Judge Ingram correctly noted, triggers the Defendant's mandatory commitment to the custody of the Attorney General for treatment at a suitable facility. *See* [R. 38 at 5]; 18 U.S.C. § 4241(d). Judge Ingram, therefore, recommends that the Defendant be committed to the custody of the Attorney General for treatment at such a facility and that he remain there for a reasonable period of time, not to exceed four months, as is necessary to determine whether there is a substantial probability that the defendant will attain the capacity to permit further proceedings to take place in the foreseeable future. *Id.* at 6, *citing* 18 U.S.C. § 4241(d)(1).

Generally, this Court must make a *de novo* determination of those portions of the Report and Recommendation to which objections are made. 28 U.S.C. § 636(b)(1)(c). When no objections are made, this Court is not required to "review . . . a magistrate's factual or legal conclusions, under a *de novo* or any other standard . . . ." *See Thomas v. Arn*, 474 U.S. 140, 151 (1985). Parties who fail to object to a magistrate's report and recommendation are also barred from appealing a district court's order adopting that report and recommendation. *United States v. Walters*, 638 F.2d 947 (6th Cir. 1981).

Judge Ingram's Report and Recommendation advises the parties that any objections must be filed within three (3) days of service. [R. 38 at 7] The time to file objections has passed, and neither party has filed any objections to the R&R nor sought an extension of time to do so. *See Id.* at 7; Fed. R. Crim P. 59(b). Nevertheless, this Court has examined the record, and agrees

---

[1] The Government and the Defendant both stipulated to the admission of the report and also to the findings contained therein. [R. 38 at 2,3]

with the Magistrate Judge's Report and Recommendation.

Accordingly, and the Court being otherwise sufficiently advised,

**IT IS HEREBY ORDERED** as follows:

1. The Magistrate Judge's Report and Recommendation [**R. 38**] is **ADOPTED** as the opinion of this Court; and

2. The Clerk of the Court is **DIRECTED** to provide a copy of this Order to the United States Probation Office and the United States Marshal.

This the 12th day of July, 2018.

*Claria Horn Boom*
CLARIA HORN BOOM,
UNITED STATES DISTRICT COURT JUDGE
EASTERN AND WESTERN DISTRICTS OF
KENTUCKY